JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AARON VAUGHN,<br><br>    Petitioner,<br><br>    v.<br><br>SCOTT KERNAN et al.,<br><br>    Respondents. | CASE NO. 5:16-CV-00456-CJC (SK)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: October 4, 2016

_____
CORMAC J. CARNEY
U.S. DISTRICT JUDGE